DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NORTHUP NAVIGATION, INC.** d/b/a **MARTEK OF PALM BEACH, INC.,**
Appellant,

v.

**KADEY-KROGEN YACHTS, INC.,** et al.,
Appellees.

No. 4D21-3019

[January 19, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 2017CA001102.

Michael L. Feinstein, Fort Lauderdale, for appellant.

Eric M. Levine and Adam G. Schwartz of Atlas|Solomon, PLLC, Stuart, for appellee Kady-Krogen Yachts, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***